

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00552-CV

**IN RE** Jasmine **ELLIOT**

Original Proceeding[1]

**ORDER**

On August 31, 2022, relator filed an amended petition for writ of mandamus. Subsequently, real party in interest filed a response.

We **CONDITIONALLY GRANT** the amended petition for writ of mandamus and order the Honorable Mary Lou Alvarez to, within fifteen days of this order, vacate the conservatorship decretal paragraphs in the August 11, 2022 temporary orders in the underlying proceeding. *See* Tex. R. App. P. 52.8(c).

The writ will issue only if the trial court fails to comply with this order.

This court's September 2, 2022 stay of the "Temporary Orders in Suit Affecting the Parent-Child Relationship" is **LIFTED**.

It is so **ORDERED** on November 30, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-CI-05165, styled *In the Interest of K.E., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.